IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAQUET CARDIOVASCULAR LLC,<br><br>    Plaintiff/Counter-Defendant,<br><br>    v.<br><br>ABIOMED, INC.; ABIOMED R&D, INC.;<br>and ABIOMED EUROPE GMBH,<br><br>    Defendants/Counter-Claimants. | Civil Action No. 1:17-cv-12311-FDS |

### STIPULATION TO EXTEND TIME FOR OPPOSITION AND REPLY BRIEFS AND [PROPOSED] ORDER

WHEREAS Plaintiff Maquet Cardiovascular LLC ("Maquet") and Defendants Abiomed, Inc., Abiomed R&D, Inc., and Abiomed Europe GmbH (collectively, "Abiomed") have filed four motions per side under the deadline for dispositive and *Daubert* motions on October 3, 2025, and Maquet has also filed a Motion to Strike (D.I. 412), for a total of nine motions to which the parties must respond (collectively, the Pending Motions);

WHEREAS briefs in opposition to the Pending Motions are due on October 31, 2025, and reply briefs are due 14 days after oppositions (D.I. 411, 461);

WHEREAS the parties respectfully submit that a one business day extension on opposition and reply briefs will not affect the Court-scheduled hearing set for November 24 on the Motion to Strike or the hearing set for December 11 on the summary judgment and *Daubert* motions (D.I. 463), and the parties will not seek any further extensions of time relating to the Pending Motions;

NOW, THEREFORE, the parties respectfully stipulate, subject to the approval of the Court, to a one-business-day extension for the above opposition briefs and reply briefs, such that

1

opposition briefs for all of the Pending Motions will be due on November 3, 2025, and reply briefs will be due 14 days thereafter on November 17, 2025.

Dated: Oct. 29, 2025

/s/ Christopher McArdle
Paul Tanck
Christopher McArdle
Neal McLaughlin
Wade Perrin
Andrew Ligotti
Ravi Shah
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

Kirk T. Bradley
M. Scott Stevens
Lauren N. Griffin
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Tel: (704) 444-1000

Erik Paul Belt (BBO # 558620)
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
Tel: (617) 449-6506

*Attorneys for Maquet Cardiovascular LLC*

Respectfully submitted,

/s/ Brian D. Matty
John M. Desmarais (*pro hac vice*)
Kerri-Ann Limbeek (*pro hac vice*)
Brian D. Matty (BBO #691725)
Frederick J. Ding (BBO #703370)
Amy Wann (*pro hac vice*)
Davis Gonsalves-DeDobbelaere (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Kyle Curry (*pro hac vice*)
Kevin Gu (*pro hac vice*)
DESMARAIS LLP
101 California Street
Suite 3000
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901

*Counsel for Abiomed Inc.; Abiomed R&D, Inc.; and Abiomed Europe GmbH*

Pursuant to stipulation, it is SO ORDERED.

10-30-2025
Date

_____
F. Dennis Saylor IV
United States District Judge