# ALSTON & BIRD

90 Park Avenue
New York, NY
212-210-9400 | Fax: 212-210-9444

**Christopher L. McArdle**       Direct Dial: **+1 212 210 9542**       Email: **chris.mcardle@alston.com**

May 12, 2026

**<u>Via ECF Filing</u>**

Honorable F. Dennis Saylor
John Joseph Moakley U.S. Courthouse
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:     *Maquet Cardiovascular LLC v. Abiomed, Inc. et al.*, No. 1:17-cv-12311-FDS (D. Mass.)

Dear Judge Saylor,

We write to inform the Court that Maquet Cardiovascular LLC ("Maquet") does not intend to present claims 3 or 24 of the '783 patent at trial at this time. Maquet reserves the right to reassert and proceed under claim 3 and/or claim 24 in the event the Court issues any rulings, orders, or decisions that materially affect the scope, validity, enforceability, or construction of asserted claim 1.

Nothing in this letter shall be construed as a waiver, abandonment, or relinquishment of any rights, claims, and remedies Maquet may have under claims 3 or 24, or any other available claims or defenses.

Respectfully,

*/s/ Chris McArdle*
Chris McArdle

cc:     All Counsel of Record (via CM/ECF)

Alston & Bird LLP                                              www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which sends electronic notice to all counsel of record.


/s/ Wade Perrin
Wade Perrin