## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| **MAQUET CARDIOVASCULAR LLC,** | ) | |
| | ) | |
| **Plaintiff/Counterdefendant,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | **17-12311-FDS** |
| | ) | |
| **ABIOMED, INC., ABIOMED R&D, INC.,** | ) | |
| **and ABIOMED EUROPE GMBH,** | ) | |
| | ) | |
| **Defendants/Counterclaimants** | ) | |
| | ) | |

## <u>VERDICT FORM</u>

We, the jury, find as follows:

## A. <u>Definitions</u>

For purposes of this verdict form, the following terms shall have the following meanings:

**Maquet:** The term "Maquet" shall mean plaintiff Maquet Cardiovascular LLC.

**Abiomed:** The term "Abiomed" shall mean defendants Abiomed, Inc.; Abiomed R&D, Inc., and Abiomed Europe GmbH.

**'783 Patent:** The term "'783 Patent" shall mean United States Patent No. 10,238,783.

**Accused Products:** The term "Accused Products" shall mean the Abiomed products marketed and sold as Impella 2.5, Impella 5.0, Impella CP, and Impella CP with Smart Assist.

B. **Infringement – Reverse Doctrine of Equivalents**

*As you have been instructed, Abiomed does not contest that the Accused Products meet the literal terms of Claim 1 of the '783 Patent. Nonetheless, Abiomed contends that the Accused Products do not infringe Claim 1 because of the reverse doctrine of equivalents. You must therefore determine whether that contention is correct. If you check "yes," you are finding in favor of Abiomed as to no infringement because of the reverse doctrine of equivalents. If you check "no," you are finding in favor of Maquet as to infringement.*

1. **Lack of Infringement by Reverse Doctrine of Equivalents.** We find that the Accused Products, even though they meet the literal terms of Claim 1 of the '783 Patent, do not infringe that claim because of the reverse doctrine of equivalents.

    ____✓____ Yes                    _____No

*Regardless of how you answered question 1, please proceed to questions 2 and 3.*

C. **Invalidity**

2. **Lack of Written Description.** We find that Claim 1 of the '783 Patent is invalid because it does not satisfy the written description requirement of 35 U.S.C. § 112:

    ____✓____ Yes                    _____No

3. **Lack of Enablement.** We find that Claim 1 of the '783 Patent is invalid because it does not satisfy the enablement requirement of 35 U.S.C. § 112:

    ____✓____ Yes                    _____No

*If you checked "yes" as to **any** of questions 1, 2, or 3, your deliberations are complete. Please sign and date the verdict form and notify the security officer outside the jury room. If you checked "no" as to **all** of questions 1, 2 and 3, please proceed to questions 4 and 5.*

D. **Willfulness and Damages**

4. **Willful Infringement.** We find that Abiomed infringed Claim 1 of the '783 Patent willfully:

    _____Yes                    _____No

5. **Damages.** We award damages to Maquet for patent infringement in the following amount:

    $_____(state the amount)

**Your deliberations are complete.  Please sign and date this form, and notify the court officer.**

Stacy Fasano
_____
Foreperson

5/28/26
_____
Date

3